JEFFREY ALAN PARIS
PARIS AND PARIS, LLP
424 Pico Blvd
Santa Monica, CA 90405
(310) 392-8722 – Telephone
(310) 392-1768 – Facsimile

JOHN W. BOWDICH
THE WILLIS LAW GROUP PLLC
10440 N. Central Expressway, Suite 520
Dallas, Texas 75231
(214) 736-9433 – Telephone
(214) 736-9994 – Facsimile

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON GIESY, | ) |
| | ) Case No.: CV15-6803 PA (AGRx) |
| Plaintiff, | ) |
| vs. | ) **STIPULATION OF DISMISSAL** |
| | ) **WITH PREJUDICE** |
| PROCOLLECT, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jason Giesy and Defendant ProCollect, Inc. stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismiss this action with prejudice.

DATED: August 16, 2016

- 1 -
STIPULATION OF DISMISSAL WITH PREJUDICE

AGREED AS TO FORM AND CONTENT:

PLAINTIFF:

By: /s/ Jason Giesy
JASON GIESY

Federal Correctional Institute
9595 West Quincy Avenue
Littleton, CO 80123

DEFENDANT:

By: /s/ John W. Bowdich
JOHN W. BOWDICH
State Bar No. 00796233

THE WILLIS LAW GROUP, PLLC
10440 N. Central Expy., Ste. 520
Dallas, Texas 75231
(214) 736-9433 – Telephone
(214) 736-9994 – Telecopy
jbowdich@thewillislawgroup.com

Jeffrey Alan Paris
State Bar No. 113527
PARIS and PARIS, LLP
424 Pico Blvd
Santa Monica, CA 90405
(310) 392-8722 – Telephone
(310) 392-1768 – Telecopy
PandP424@aol.com

ATTORNEYS FOR DEFENDANT
PROCOLLECT, INC.

- 2 -
STIPULATION OF DISMISSAL WITH PREJUDICE